STATE, Respondent v. CLOWN HORSE, Appellant

(93 N.W.2d 570)

(File No. 9699. Opinion filed December 16, 1958)

No appearance for Appellant.

**Phil Saunders,** Atty. Gen., for Respondent.

PER CURIAM. The appeal in the above matter was perfected November 23, 1957. Time for filing appellant's brief was extended to April 10, 1958. No brief has been filed by appellant in the office of the clerk of this court.

Our order will be that the appeal be dismissed for lack of prosecution, and the judgment of the trial court affirmed.